# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>**MATTHEW T. VOSS**<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No.<br><br>**MJ 17- 742** |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2017 ★
LONG ISLAND OFFICE

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   MATTHEW T. VOSS                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank and wire fraud, in violation of Title 18, United States Code, Section 1349.

Date: __08/18/2017__

_Issuing officer's signature_

City and state:   Central Islip, New York

HON. A. KATHLEEN TOMLINSON, U.S.M.J.
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ __8/18/2017__ , and the person was arrested on _(date)_ __8/22/2017__
at _(city and state)_ __Northport, NY__ .

Date: __8/22/2017__

_Arresting officer's signature_

Special Agent John G. Kerouac
_Printed name and title_