SLR:LDM:MMO
F. # 2018R00111

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  APR 10 2018  ★
LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MATTHEW T. VOSS,

        Defendant.

- - - - - - - - - - - - - - - -X

ORDER OF FORFEITURE

18-CR-0027 (SJF)

WHEREAS, on or about February 15, 2018, MATTHEW T. VOSS (the "defendant"), entered a plea of guilty to the offense charged in the Sole Count of the above-captioned Information, charging a violation of 18 U.S.C. § 1349; and

WHEREAS, pursuant to 18 U.S.C. § 982(a)(2), the defendant has consented to the entry of a forfeiture money judgment in the amount of seven thousand seventy dollars and twenty-nine cents ($7,070.29) (the "Forfeiture Money Judgment"), as property, real or personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of his violation of 18 U.S.C. § 1349, and/or as substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the defendant as follows:

1.     The defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C. §§ 982(a)(2) and 982(b)(1) and 21 U.S.C. § 853(p).

2. All payments made towards the Forfeiture Money Judgment shall be made by a money order, or a certified or official bank check, payable to the "United States Marshals Service" with the criminal docket number noted on the face of the check. The defendant shall cause said check(s) to be delivered by overnight delivery to Assistant United States Attorney Madeline O'Connor, Eastern District of New York, United States Attorney's Office, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722. The Forfeiture Money Judgment shall be paid in full within 30 days of the date that the defendant enters his plea of guilty (the "Due Date").

3. Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c). The United States alone shall hold title to the monies paid by the defendant to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

4. The defendant shall not file or interpose any claim or assist others to file or interpose any claim to any property against which the government seeks to execute the Forfeiture Money Judgment in any administrative or judicial proceeding. The defendant shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment. If the Forfeiture Money Judgment is not received as provided above, the defendant shall forfeit any other property of his up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p) as incorporated in . The defendant further agrees that the condition of 21 U.S.C. § 853(p)(1)(A) – (E) have been met.

5. The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information. In addition, the defendant knowingly and voluntarily waives his right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto clause of the Constitution, any applicable statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

6. The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due and shall survive bankruptcy.

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction. This order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the monies and/or properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

8. This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

9. This Order shall be final and binding only upon the Court's "so ordering" of the Order.

10. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

11. The Clerk of the Court is directed to send, by inter-office mail, five (5) certified copies of this executed Order to the United States Attorney's Office, Eastern District of New York, Attn: FSA Paralegal Brian Gappa at 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
April 10, 2018

SO ORDERED:
s/ Sandra J. Feuerstein
HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

SLR:LDM:MMO
F. # 2018R00111/2017R00321

*610 Federal Plaza
Central Islip, New York 11722*

April 5, 2018

**By Interoffice Mail and ECF**
Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Matthew T. Voss
                 Criminal Docket No. 18-0027 (SJF)

Dear Judge Feuerstein:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which defendant Matthew T. Voss has agreed to in connection with his guilty plea before Your Honor on or about February 15, 2018. Accordingly, the government respectfully requests that the Court "so order" the enclosed proposed Order.

      Thank you for Your Honor's consideration of this submission.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                  United States Attorney

                  By:    */s/* Madeline O'Connor
                          Madeline O'Connor
                          Assistant U.S. Attorney
                          (631) 715-7870

Enclosure: Order of Forfeiture
cc: Counsel of Record (by ECF)