# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
---------------------------------
KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

November 26, 2018

United States District Court
Eastern District of New York
Judge Sandra Feuerstein
100 Federal Plaza
Central Islip, New York 11722

    **RE:**    **United States of America v. Matthew Voss**
             **2:18-cr-00027-SJF**

Dear Judge Feuerstein,

    Please be advised that this office represents Matthew Voss in the above referenced matter. The matter is scheduled before Your Honor for sentence tomorrow, Tuesday, November 27, 2018 at 11:15 am.

    I am writing to respectfully request an adjournment in this matter as an emergency arose over the weekend regarding Mr. Voss' mother-in-law, Anita Garvey. Unfortunately, Ms. Garvey is in Mt. Sinai Hospital in New York City after experiencing complications from a recent surgery. Matt is attending to his mother-in-law at the hospital as his wife is home nursing their infant child. Matt was hopeful that his mother-in-law would be released today, thus avoiding the need for an adjournment, however, it does not appear that this will be the case. As such, please accept our request for this adjournment and our apology for doing so at this late hour.

    The undesigned has spoken to AUSA Macchiaverna and Probation Officer Maneggio who were kind enough to consent to this request. Both parties are available on December 10th or December 12th if that is acceptable to the court.

    If the Court requires any further information, please do not hesitate to contact the undersigned directly.

    Very truly yours,

    /S/

    Foley Griffin, LLP.

    By: <u>Daniel W. Russo, Esq.</u>