# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO

----------------------------------

KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

December 6, 2018

United States District Court
Eastern District of New York
Judge Sandra Feuerstein
1014 Federal Plaza
Central Islip, New York 11722

      RE:    **United States v. Matthew Voss**
                   **Docket No.:0207 2:18CR00027-001**

Dear Judge Feuerstein,

      Enclosed please find a letter from Rev. Scott D. Ingvaldsen, Mr. Voss' pastor. Please allow this letter to serve as a supplement to the previously filed sentencing memorandum.

      If you require any further information, please do not hesitate to contact the undersigned directly.

                                                Very truly yours,

                                               Foley Griffin, LLP.

                                               By: <u>Daniel W. Russo, Esq.</u>

Encl.

Cc: AUSA Elizabeth Macchiaverna (via ECF)



*"Reaching this Generation and the Ones to come, with The Gospel of Jesus Christ."*

December 5, 2018

Dear Honorable Judge,

    I am writing this letter on behalf of Matthew Voss. As his pastor, Matthew has made me aware of a legal situation he is currently facing. I felt compelled to address the issue on his behalf, and to ask for your leniency and mercy for him.

    Matthew and his family have faithfully attended Grace Church since 2016 and became committed members in 2017. I know Matthew to be a supportive husband and dedicated father of two young children who is thoughtful and respectful of others. Matthew serves as a church usher on Sunday mornings, warmly greeting and seating the congregation. His wife, Anita, has served in children's ministries, in the infant nursery and vacation bible school. They are both helpful and involved members of our church family.

    Matthew is truly remorseful for the situation in which he has become entangled. He has acknowledged his wrongdoing and takes responsibility for his actions. He is willing to rectify the situation to the best of his ability and has shown sincerity in the efforts he has made to do so.

    Your Honor, I hope you will take all of this into consideration when handing down your decision and that you will consider leniency toward Matthew with regard to his offense. He has been humbled by his actions and has learned an invaluable lesson from this experience. I know he would be very grateful for the opportunity to prove himself to be a responsible citizen worthy of a second chance.

    Thank you for taking the time to read and consider my letter on behalf of Matthew Voss.

Sincerely,

*Rev. Scott D. Ingvaldsen*
Rev. Scott D. Ingvaldsen

450 Edgewood Avenue • Smithtown, NY 11787 • (631) 265-4680 • www.gracechurchsmithtown.org