<u>**CRIMINAL CAUSE FOR SENTENCING**</u>

<u>BEFORE JUDGE FEUERSTEIN</u>          <u>December 10, 2018</u>     TIME: 1 Hour

<u>CR-18-27</u>

<u>DEFT NAME: Matthew Voss</u>

    <u>X</u>   present    <u>    </u>  not present    <u>     </u>  cust.    <u>  X  </u>  bail

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  DEC 10 2018  ★

LONG ISLAND OFFICE

<u>DEFENSE COUNSEL:Dan Russo and Brian Griffin</u>

    <u>X</u>   present    <u>    </u>  not present    <u>     </u>  CJA  <u>x</u>RET.  LAS

<u>A.U.S.A.:    Elizabeth Macchiaverna and Whitman Knapp                </u>

                                                          CLERK: <u>BMM</u>

<u>COURT REPORTER: P. Auerbach</u>         <u>OTHER: USPO            </u>

<u>INT:    (LANG.-)                </u>

<u> X </u>   CASE CALLED.      <u>    </u>   SENTENCING ADJ'D TO_____.

<u> X </u>   SENTENCING HELD. <u> X </u>   STATEMENTS OF DEFT AND COUNSEL HEARD.

<u> X </u>   DEFT SENTENCED ON COUNT(S) <u>One (1) of the INFORMATION</u>

SENTENCE TEXT: <u>TWENTY FOUR (24) MONTHS CUSTODY WITH TWO (2) YEARS OF</u>

<u>SUPERVISED RELEASE TO FOLLOW.                                </u>

REMAINING OPEN COUNTS ARE DISMISSED ON    <u>   </u>   GOVTS MOTION

                                                                                                        <u>   </u>   COURT'S MOTION

<u> X </u>   *<u>COURT ADVISED DEFT OF RIGHT TO APPEAL.</u>*   <u>   </u>   I.F.P. GRANTED.

       <u>    </u>   *<u>DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.</u>*

    <u> _ </u>   DEFT REMANDED.       <u>   </u>   DEFT ON BAIL PENDING APPEAL.

OTHER: <u>Defendant to surrender to designated facility on 3/13/2019 before 2Pm.   Restitution</u>

<u>calculation to be submitted to the Court by 1/2/2019.                </u>