IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 16 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA

– against –

MATTHEW T. VOSS

    Defendant.

------------------X

ORDER OF RESTITUTION

Criminal Docket No. 18-27 (SJF)

WHEREAS, defendant MATTHEW T. VOSS pleaded guilty on February 15, 2018, in the above-captioned case,

    1.    This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

    2.    The defendant is directed to pay restitution to the victims named and in the amounts listed in Exhibit A to this order.

    3.    The defendant is jointly and severally liable, along with the defendant in United States v. Edward J. Sypher, Jr., 18-CR-28 (SJF) (E.D.N.Y.), to pay the restitution specified in Exhibit A to this Order.

    4.    Restitution is due on the thirtieth day following the defendant's release from custody, and is payable at the rate of 10% of the defendant's gross monthly income, including income from all sources, in monthly payments; or payable at the rate of 10% of the defendant's gross monthly income, including income from all sources, in monthly payments. Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

5. The Clerk is directed to distribute restitution payments *pro rata* to the victims at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
January 16, 2019

s/ Sandra J. Feuerstein

HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA                Criminal Docket No. 18-27 (SJF)

- against -

MATTHEW T. VOSS,

                Defendant.

------------------X

## EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | LOSS AMOUNT |
|---|---|
| (1)  Northpointe Bank | $1,280,442.46 |
| (2)  Santander Bank | $2,208,172.96 |
| Total Restitution | $3,488,615.42 |