Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
☆ FEB 14 2019 ☆
LONG ISLAND OFFICE

Caption:

United States of America

Matthew T. Voss

Docket No.: CR-18-27-001
SJF
(District Court Judge)

Notice is hereby given that __Matthew T. Voss__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on __2/6/2019__.
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |___|

Defendant found guilty by plea |✓|  trial |___|   | N/A |

Offense occurred after November 1, 1987?  Yes |✓|  No |___|  N/A |___|

Date of sentence: __12/10/2018__   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |___|   | N/A |

Appellant is represented by counsel?  Yes |___| No |✓|  If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____

Counsel's Phone: _____

Assistant U.S. Attorney: __Elizabeth L. Macchiaverna__

AUSA's Address: __271 Cadman Plaza East__
__Brooklyn, NY 11201__

AUSA's Phone: __718-254-7508__

RECEIVED
FEB 14 2019
EDNY PRO SE OFFICE

_____
Signature