# FOLEY GRIFFIN, LLP
## ATTORNEYS AT LAW

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO

KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, SUITE 305
GARDEN CITY, NEW YORK 11530

(516) 741-1110

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NY 11968
(631) 506-8170

March 4, 2019

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court – EDNY
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   **United States v. Matthew Voss**
      **DKT. No. 0207 2:18CR00027-001**

Dear Judge Feuerstein:

Please accept this request on behalf of Matthew Voss for an extension of time to begin serving his sentence of twenty-four (24) months. Mr. Voss was sentenced before Your Honor on December 10, 2019 and was instructed to surrender on March 13, 2019. As this Court is aware, Mr. Voss is the sole provider for his wife, two young children and his mother-in-law. Subsequent to his sentence, Mr. Voss arranged to have his brother-in-law move from Florida to his home on Long Island to help care for his family. Unfortunately, this transition is not yet complete and additional time is needed for his brother-in-law to arrive. Further, Mr. Voss expressed that Easter (April 21st) is the most important holiday in his faith and he would cherish spending it with his family before beginning his incarceration.

For the reasons put forth above, Mr. Voss is respectfully requesting May 3rd, 2019 (an additional forty-five days) to begin serving his sentence. We thank the court in advance for its consideration.

Truly,

*Brian J. Griffin*
Brian J. Griffin
Attorney for Matt Voss

cc: AUSA Whitman Knapp
AUSA Elizabeth Macchiaverna